Platt
v.
Walworth.

---

## PLATT vs. WALWORTH.

TAXATION of costs. The taxing officer allowed in this case a charge for engrossing a notice of special matter subjoined to the defendant's plea containing 245 fol. on the *nisi prius roll*; and a like charge for engrossing the same notice on the judgment roll. This was objected to, on an appeal from taxation.

*By the Court*, MARCY, J. The notice was properly engrossed on the *nisi prius roll*, and the plaintiff is entitled to charge it in his bill of costs. But there was no necessity for

*A plaintiff is entitled to charge for engrossing on the nisi prius roll a notice of special matter subjoined to the defendant's plea; but not for engrossing the same on the judgment roll.*

engrossing it on the judgment roll, and for that there should not be an allowance. It is said it may be important it should be engrossed on the judgment roll, to shew the pertinency of exceptions taken at the circuit to the admission or rejection of testimony. For this purpose, it may be necessary it should be spread out in the bill of exceptions, but it need not appear on the record of judgment. What is said on this subject in 4 Cowen, 546, applies more properly to the *nisi prius* roll than to the judgment record.